IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN STEPHENS**                                                                                                         **PLAINTIFF**
**ADC #150292**

**VS.**                             **4:24-cv-00273-BRW**

**DOE**                                                                                                                               **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Complaint (Doc. No. 2) is dismissed without prejudice for failing to state a claim upon which relief may be granted, and this case is closed. I recommend that, in the future, dismissal of this lawsuit counted as a strike.[1] An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[2]

IT IS SO ORDERED this 23rd day of April, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).

1